**George W. CARLISLE, Jr., Appellant,**

v.

**MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, Appellee.**

No. 07–2785.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 1, 2008.

Filed: Jan. 13, 2009.

George W. Carlisle, Jr., St. Peters, MO, pro se.

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was re-

Richard B. Regan, Chesterfield, MO, for Appellee.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

George W. Carlisle, Jr., appeals the district court's [1] adverse grant of summary judgment in his employment discrimination action. Upon careful de novo review, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

ferred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).